IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED CENTRAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10 C 5550 |
| ) | |
| JJST INC., et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM ORDER

This Court's January 20, 2012 memorandum order ("Order") addressed a repeated flaw in the Answer that had been filed by Administrator Marilyn Mathew in this mortgage foreclosure action--a flaw that represented still another instance of what appears to be a growing cottage industry: the oxymoronic addition of a flat-out denial following the appropriate employment of the alternative pleading made available under Fed. R. Civ. P. ("Rule") 8(b)(5). Mathew's counsel has just responded to this Court's rule-to-show cause directive, coupled with a motion seeking leave to file an Amended Answer.

As to the first of those subjects, Mathew's counsel has candidly acknowledged the error of his ways.[1] This Court has no desire to emulate then Judge (now Chief Judge) Easterbrook's sardonic "pure heart but empty head" criticism voiced some years

---

[1] In part counsel has explained the factual background for the original Answer's Rule 8(b)(5) disclaimers. This Court had not intended to question Mathew's bona fides in that respect--instead the disclaimers themselves were taken at face value, with the impermissible outright denial representing the problem.

back, and so it will not impose any sanction for the Rule-violative conduct.

That said, the accompanying motion for leave to file an Amended Answer to cure the pleading flaw is denied. Because the Order has already stricken the offending phrase, there is no need to do so again with a bulky response (true enough, the proposed new pleading would create no file clutter in these days of electronic filing, but the same would not be true of this Court's chambers file, which includes a paper copy of every document). Accordingly, neither Mathew's counsel nor any of the other lawyers in the case needs to appear at the February 6 presentment date designated for that motion.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 1, 2012